UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBY T. CHAPPEL, JR., | NO. CV 13-7309-CJC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: November 17, 2015

_____
CORMAC J. CARNEY
United States District Judge